1   LAWRENCE G. BROWN
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10

11                          **FRESNO DIVISION**

12  ALISA MARTINEZ,                  )
                                     )    CIVIL NO. 1:08-CV-01138-GSA
13          Plaintiff,               )
                                     )
14              v.                   )    STIPULATION AND ORDER TO EXTEND
                                     )    TIME
15  MICHAEL J. ASTRUE,               )
    Acting Commissioner of          )
16  Social Security,                 )
                                     )
17          Defendant.               )
    _____   )
18

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time of 20 days to respond to Plaintiff's

21  Opening Brief up to and including September 3, 2009.  This request is due to the fact that the

22  undersigned attorney for the Commissioner could not complete the Commissioner's responsive brief

23  within the time that had been granted in a previous extension.  Since April 2009, 8 senior attorneys have

24  left the office or had been on extended leave.  During the time the case loads of these attorneys were

25  being reassigned, the case tracking system the Commissioner employs was unreliable and the

26  Commissioner's attorneys have no support staff assisting with scheduling or case management.  Further,

27  in the past two weeks, the undersigned attorney for the Commissioner has had to assist the United States
28

Department of Justice on a recommendation for a petition of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008) (petition for en banc review denied July 8, 2009), which was unpredictable.   In this press of work and confusion surrounding the exodus of attorneys, the undersigned attorney for the Commissioner failed to complete this brief on time.  Counsel apologizes for her error.  She will file the Commissioner's brief immediately after filing this stipulation and proposed order so that no further delay occurs.  Most of the senior attorneys who had been on leave have returned and 8 attorneys have been hired so the heavy individual work loads in the Commissioner's regional office should diminish in the near future.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

The parties submit that this matter should now proceed in accordance with the original scheduling order, i.e., Plaintiff shall have 15 days to file a reply, if any, to Defendant's responsive brief.

Respectfully submitted,

*/s/ D. James Tree*

Dated: September 3, 2009

_____

D. James Tree
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: September 3, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Elizabeth Firer*

_____

Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   September 4, 2009**          _____ **/s/ Gary S. Austin** _____

UNITED STATES MAGISTRATE JUDGE

3